Settlement/Hearing: January 5th, 2011

Time:  10:00 A.M.                    .

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE:

Chapter 13
Case No. 10-24164   RDD

 **NORMA STEWART,**

**NOTICE OF SETTLEMENT**

                Debtor(s)

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PLEASE TAKE NOTICE,**  that an *Order,* a true copy of which is annexed

hereto, will be presented for signature to the Hon. Robert D. Drain, United States Bankruptcy

Judge, on the 5th day of January,  2011  at 10:00 A.M. at the United States Bankruptcy Court,

300 Quarropas  Street, White Plains, New York.

Hearings on Objections, if any, to be conducted same place, date and time.

Written objections or counterorders must be submitted to chambers by no later than close of

business *three (3) days prior* to settlement.

Dated: White Plains, New York
         December 1st, 2010

 /s/ Jeffrey L. Sapir
**Jeffrey L. Sapir (JLS0938)**
**Chapter 13 Trustee**
**399 Knollwood Road**
**White Plains, New York 10603**
**Chapter 13 Tel. No. 914-328-6333**

TO:    United States Trustee
       33 Whitehall Street
       New York, New York 10004

       Norma Stewart
       42 Ehrbar Place
       Mount Vernon, New York 10552

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```
IN RE:

Chapter 13
Case No. 10-24164  RDD

**NORMA STEWART,**

Debtor(s)
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

### ORDER DISMISSING CHAPTER 13 CASE

The chapter 13 trustee, having moved for an order dismissing this chapter 13 case,

and upon the motion and the record of the January 5,  2011 hearing thereon,  the Court

having found that the above-captioned debtor has failed to comply with the provisions of

11  U.S.C.  §1307(c)(1),  (c)(3)  and  (c)(4),  11  U.S.C.§521(i)  and  (e)(2)(A)(i),  having  created

unreasonable  delay  that  is  prejudicial  to  creditors,  in  that  the  debtor  failed  to  appear  and  be

examined at the scheduled 341(a) meeting of creditors; failed to timely file a plan, failed to remit

proposed  plan  payments  to  the  trustee,  failed  to  provide  the  required  documentation,  in  part,

payment advices and evidence of other payments received within 60 days, and seven (7) days prior

to the  §341(a) meeting of creditors, copies of Federal and New York State tax returns for  the year

immediately prior to filing,  and good cause appearing,

**IT IS ORDERED THAT:**

This chapter 13 case is hereby dismissed.  The chapter 13 trustee shall take all actions

required by the dismissal of this case.

Dated: White Plains, New York
       January                  , 2011

 

_____
**UNITED STATES BANKRUPTCY JUDGE**

 

 

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```
IN RE:

NORMA STEWART,

                       Debtor(s)
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```
STATE OF NEW YORK        )
COUNTY OF WESTCHESTER  )    ss.:

              Chapter 13
              Case No. 10-24164  RDD

              **TRUSTEE'S AFFIDAVIT**

        Jeffrey L. Sapir, being duly sworn, deposes and says:

        1.       He is the standing Chapter 13 Trustee.

        2.       The debtor filed a Chapter 13 proceeding on October 18th, 2010.

        3.       The debtor failed to comply with the provisions of 11 U.S.C. §1307(c)(1); (c)(3) and (c)(4).

        4.       The debtor is in violation of  11 U.S.C.§521(i) of the Bankruptcy Code which requires the debtor to file in part,  payment advices and evidence of other payments received within 60 days.

        5.       The debtor is in violation of §521(e)(2)(A)(i) of the Bankruptcy Code which requires the debtor to provide *seven (7) days prior to the §341(a) meeting of creditors* ,copies of federal tax returns for the most recent year immediately prior to the commencement of the case.

        6.       The debtor failed to timely file a plan in violation of  Bankruptcy Rule 3015(b).

        7.       The debtor failed to remit timely proposed plan payments to the trustee, having remitted -0- payments, and being, at this juncture, one month in arrears.

        8.       The debtor failed to appear and be examined at the initial 341(a) meeting of creditors.

9.       The debtor has created unreasonable delay that his prejudicial to creditors.

10.      It should be noted that this debtor has filed prior petitions with this Court, to wit, Case No. 00-42838, filed December 11th, 2000 and dismissed April 9th, 2001; and Chapter 7 Case No. 01-41558, filed May 31st, 2001 and discharged September 5th, 2001.

**WHEREFORE**, the trustee respectfully requests that the annexed order dismissing this case be signed.

/s/ Jeffrey L. Sapir
**Jeffrey L. Sapir**

Sworn to before me this
1st day of December, 2010
  /s/ Jody L. Kava

Jody L. Kava
Notary Public, State of New York
No. 4836806
Qualified in Westchester County
Term Expires: 10/31/13

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:                                        Chapter 13

**NORMA STEWART,**

Debtor(s)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK       )
COUNTY OF WESTCHESTER    )  ss.:

       Lois Rosemarie Esposito, being duly sworn, deposes and says:

       I am not a party to the action herein, I am over the age of 18 years and reside in the County of Westchester, State of New York. On December 1st, 2010, I served a true copy of the within document, to the herein listed parties at the address(es) designated for that purpose, by mailing same in a properly sealed envelope with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York to the following:

**TO:**:  United States Trustee
      33 Whitehall Street
      New York, New York 10004

      Norma Stewart
      42 Ehrbar Place
      Mount Vernon, New York 10552

/s/ Lois Rosemarie Esposito
                                              **Lois Rosemarie Esposito**

Sworn to before me this
1st  day of  December, 2010

 /s/ Jeffrey L. Sapir
Jeffrey L. Sapir
Notary Public, State of  New York
No. 60-8764500
Qualified in Rockland County
Cert. Filed in Westchester County
Term Expires:  12/31/10